ANN E. JACKSON et al., as Executors of JOHN H. JACKSON, Deceased, Appellants, *v.* ALPHA PORTLAND CEMENT COMPANY, Respondent.

*Jackson* v. *Alpha Portland Cement Company*, 138 App. Div. 933, affirmed.

(Argued January 17, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 27, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover for an alleged breach of contract.

*Andrew J. Nellis* for appellants.

*Lewis E. Carr* and *P. C. Evans* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ. Absent: HAIGHT, J.

---

MARY MATCHETT, Appellant, *v.* THEODORE WITZ et al., Respondents.

*Matchett* v. *Witz*, 137 App. Div. 924, affirmed.

(Submitted January 18, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to have a deed of real property declared void.

*Thomas C. Whitlock* for appellant.

*Louis Jersawitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.